**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leroy W. WEST, Defendant–Appellant.**

**No. 01–7890.**

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2002.

Decided June 10, 2002.

Leroy W. West, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy W. West seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.* *United States v. West*, Nos. CR–

---

* We note that even if West's claim under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not precluded by the reasoning in *United States v. Sanders*, 247 F.3d 139 (4th Cir.), *cert. denied*, —— U.S. ——, 122 S.Ct. 573, 151 L.Ed.2d 445 (2001), he has not shown cause for his failure to raise an *Apprendi* claim on direct appeal. *See Sanders*, 247 F.3d at 145–46. Thus, this claim is procedurally barred.

99–103; CA–01–252–2 (E.D. Va. filed Sept. 7, 2001; entered Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*